# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PATSY HORTON, on behalf of herself and all those similarly situated who consent to representation,<br><br>  Plaintiffs,<br><br>v.<br><br>THEODORAKIS DINER GROUP, LLC, D/B/A BROADWAY DINER, a Georgia Corporation, STEVE THEODORAKIS, and PAM THEODORAKIS, individuals,<br><br>  Defendants. | Civil Action Number:<br>3:14-cv-00009-TCB |

## ORDER ADDING ANGELA MESSMAN AS PLAINTIFF FOR SETTLEMENT PURPOSES AND APPROVING SETTLEMENT AGREEMENTS

The above-captioned case is before the Court for consideration of the parties' Joint Motion for Review and Approval of Settlement and Release Agreements and to Add Angela Messman as a Plaintiff for Settlement Purposes. The Court has considered and reviewed the proposed settlement agreements in this case and has determined that they are fair and equitable in all respects. Accordingly, the Court hereby **GRANTS** the parties' Joint Motion, **APPROVES** the settlement agreements entered into by the parties,

and **ORDERS** the parties to file a Notice of Dismissal With Prejudice within ten days of the final payment. Except as stated in the settlement agreements, each party shall bear its own costs of litigation and attorney's fees.

**SO ORDERED** this _7th_ day of _____July_____, 2014.

_____
TIMOTHY C. BATTEN
UNITED STATES DISTRICT JUDGE